**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 25-6159**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

ENERVA W. TROTMAN, a/k/a Charles Carlos Clark,

Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Greenville.  Richard E. Myers, II, Chief District Judge.  (4:91-cr-00092-M-1)

_____

Submitted:  May 29, 2025                          Decided:  August 20, 2025

_____

Before NIEMEYER and WYNN, Circuit Judges, and KEENAN, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Enerva W. Trotman, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Enerva W. Trotman appeals the district court's order denying his 18 U.S.C. § 3582(c)(1)(A) motion for compassionate release.  We have reviewed the record and find no abuse of discretion.  Accordingly, we affirm the district court's order.  *United States v. Trotman*, No. 4:91-cr-00092-M-1 (E.D.N.C. Feb. 11, 2025).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*